THE PEOPLE OF THE STATE OF NEW YORK *v.* THE GLOBE
MUTUAL LIFE INSURANCE COMPANY.

(Argued March 11, 1884; decided March 21, 1884.)

*Raphael J. Moses, Jr.*, for appellant.

*George W. Wingate* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.